[No. 7603–2–III.   Division Three.   June 23, 1987.]

DANIEL CUEVAS, ET AL, *Appellants,* v. RICHARD MONTOYA, *Respondent.*

Appeal from a judgment of the Superior Court for Chelan County, No. 84–2–00528–3, Clinton J. Merritt, J., entered January 8, 1986. *Reversed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ. Now published at 48 Wn. App. 871.

[No. 7851–5–III.   Division Three.   June 23, 1987.]

*In the Matter of* JAMES M. BOZARTH.

JAMES M. BOZARTH, *Appellant,* v. THE STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 86–8–00009–0, Yancey Reser, J., entered April 16, 1986. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J.

[No. 8722–7–II.   Division Two.   June 24, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS THAYER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 84–1–00576–9, Robert L. Harris, J., entered February 14, 1985. *Affirmed* by unpublished opinion per Draper, J. Pro Tem., concurred in by Brown and Utter, JJ. Pro Tem.